*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8989-GHK (Ex) | Date | October 18, 2016 |
|---|---|---|---|
| Title | *Vartan Yaralian v. James Fastovsky, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE** |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order to Show Cause**

On March 29, 2016, we ordered Plaintiff to file a Second Amended Complaint ("SAC") within fourteen days thereof and for Defendant to file a response twenty-one days thereafter. (Dkt. 23.) The deadline to file the SAC has well passed, and Plaintiff has not complied with our Order. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing, **within fourteen days hereof**, why this action should not be dismissed for Plaintiff's failure to diligently prosecute and failure to comply with our Order. Failure to timely and adequately show cause as required herein **SHALL** be deemed Plaintiff's abandonment of this action, and this action will be dismissed, without prejudice, for failure to prosecute and failure to comply with our Order.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | PS | |