FILED: 11/09/2016

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Vartan Yaralian*, | CASE NO. CV 15-8989-GHK (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *James Fastovsky, et al.*, | |
| Defendants. | |

Pursuant to the Court's November 9, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 9, 2016

_____
GEORGE H. KING
United States District Judge